JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARTIN-JENSEN, | CV 19-10714 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SESLOC FEDERAL CREDIT UNION, et al., | |
| Defendants. | |

Pursuant to the Court's December 8, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 8, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE